■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY MORALES, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on January 31, 1990, convicting defendant, upon a plea of guilty of attempted robbery in the first degree and sentencing defendant to an indeterminate term of imprisonment of 5 to 10 years, unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Sullivan, J. P., Carro, Ellerin, Wallach and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL SANTOS, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on April 18, 1989, convicting defendant, upon a plea of guilty of criminal possession of a controlled substance in the fifth degree and sentencing